UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 18, 2014

_____

INITIAL FEE NOTICE IN
CIVIL CASES

_____

No. 14-1371,    Michael Dodson v. Everett Boober
                3:13-cv-00149-JPB

**DUE DATE: May 19, 2014**

TO: Mark L. McMillian

According to the district court docket, the filing fee (**$455 fee for NOA filed prior to 12/01/13; $505 fee for NOA filed after 12/01/13**) for this appeal has not been paid to the district court and leave to proceed in forma pauperis has not been granted by the district court. Unless you have paid the filing fee to the Clerk, U.S. District Court, or been granted leave to proceed in forma pauperis by the district court by the due date shown above, you must file an **IFP-Application to proceed in forma pauperis** with the court of appeals.

Failure to comply will cause this court to initiate the process set forth in Local Rule 45 to dismiss the appeal for failure to prosecute.

Jeffrey S. Neal, Deputy Clerk
804-916-2702