UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**MICHAEL T. DODSON**

        **Appellant,**

v.                                                              Case No.: 14-1371

**EVERETT BOOBER, individually
and in his capacity as Sheriff of
Jefferson County, West Virginia, et al.,**

        **Appellees.**

### MOTION FOR EXTENSION OF TIME FOR FILING OF BRIEFS

    Comes now Michael T. Dodson, Appellant in the above entitled action, through counsel, and respectfully moves for an extension of time for the filing of briefs in this case, and in support of same respectfully asserts the following.

    1.  The within action was scheduled for mediation by *Notice of Scheduled Mediation* (Document 10) by Thomas F. Ball, III, Chief Circuit Mediator.

    2.  The above referenced notice originally set mediation for May 19, 2014, with an extension of briefs, beginning with the *Appellate Brief* due on June 11, 2014.

    3.  Because of scheduling conflicts, the mediation was rescheduled to May 30, 2014.

    4.  By email message, Counsel for the County Defendants, Bridget Cohee, expressed objection to enlargement of the briefing schedule based, in substance, on the long standing existence of the facts underpinning the case below and an extension being disadvantageous to her clients.

    5.  The Appellant, however, here asserts that, while the firing of the Appellant occurred in 2008, it is undisputed that the prodominence of the intervening period was consumed by the Appellant's legal pursuit of remedies for the failure to receive a predisciplinary hearing, as discussed and documented in *Michael T. Dodson v. Robert Shirley, Sheriff of Jefferson County, et*

*al.,* \_\_\_\_ S.E. 2d \_\_\_\_, Docket No.: 35699, (W.Va. 2011). Accordingly, the length of the extension proposed by the mediator is not unreasonable and should be applied to this action.

    WHEREFORE, Appellant respectfully prays that the due date for the filing of the *Appellant's Brief and Appendix* be extended to June 23, 2014.

    Respectfully submitted,

Michael T. Dodson,

By counsel

s/Mark McMillian  
Mark McMillian (W.Va. Bar 9912)  
Robert W. Schulenberg, III (W.Va. Bar 3301)  
Mark McMillian - Attorney At Law, L.C.  
Boulevard Tower - Suite 900  
1018 Kanawha Boulevard, East  
Charleston, West Virginia 25301  
Telephone: (304) 720-9099  
Email: mark@markmcmillian.com

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**MICHAEL T. DODSON**

      **Plaintiff,**

v.                                                                          Case No.: 14-1371

**EVERETT BOOBER, individually
and in his capacity as Sheriff of
Jefferson County, West Virginia, et al.,**

      **Defendant.**

**CERTIFICATE OF SERVICE**

      Undersigned counsel, Mark McMillian and Robert Schulenberg, III, hereby certify that a true and exact copy of the within *Motion for Extension of Time for Filing of Briefs* was served upon all counsel of record, by electronic filing this the 12th day of May, 2014.

      s/Mark McMillian
      Mark McMillian (W.Va. Bar 9912)
      Robert W. Schulenberg, III (W.Va. Bar 3301)
      Mark McMillian - Attorney At Law, L.C.
      Boulevard Tower - Suite 900
      1018 Kanawha Boulevard, East
      Charleston, West Virginia 25301
      Telephone: (304) 720-9099
      Email: mark@markmcmillian.com