**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 23, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-1371,   Michael Dodson v. Everett Boober
              3:13-cv-00149-JPB

TO:   Robert William Schulenberg
      Mark Lee McMillian

FILING CORRECTION DUE:  June 25, 2014

Please make the correction identified below and file a corrected document by the date indicated.

_____

 [ X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Jeffrey S. Neal, Deputy Clerk
804-916-2702