UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**MICHAEL T. DODSON,**

                Appellant,

v.                                                     Case No. 14-1371

**EVERETT BOOBER,** *et al.*,

                Appellees

**MOTION TO EXTEND BRIEFING SCHEDULE**

Appellees Everett Boober, Robert E. Shirley, Peter H. Dougherty, James B. Crawford III, Christopher Jackson, Frank Rosario, Patsy Noland, Dale Manuel, Walt Pelish, Frances Morgan, Jane Tabb, and Lynn Widmyer (collectively, "Government Defendants") hereby request that the deadline for the filing of the response brief herein be extended from July 28, 2014 to and including August 8, 2014. The additional time is requested to enable counsel for Appellees to confer concerning the contents or their joint brief.

As required by Local Rule 27(a), counsel for the Government Defendants has contacted counsel for the Plaintiff and for Defendant John Griffith regarding this request. Counsel for the Plaintiff (Robert W. Schulenberg, III) and for Defendant John Griffith (James T. Kratovil) have advised that their clients do not object to the requested extension.

**WHEREFORE**, the Government Defendants respectfully request an extension of the due date for the response brief herein to and including August 8, 2014.

Dated July 16, 2014.

s/     Bridget M. Cohee
Bridget M. Cohee
STEPTOE & JOHNSON PLLC
p.o. Box 2629
1250 Edwin Miller Boulevard
Martinsburg, WV 25404
(304) 263-6991
(304) 262-3541 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on July 16, 2014, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

s/     Bridget M. Cohee
Bridget M. Cohee
STEPTOE & JOHNSON PLLC
p.o. Box 2629
1250 Edwin Miller Boulevard
Martinsburg, WV 25404
(304) 263-6991
(304) 262-3541 (facsimile)
