FILED: July 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1371
(3:13-cv-00149-JPB)

_____

MICHAEL T. DODSON

       Plaintiff - Appellant

v.

EVERETT BOOBER, individually and in his capacity as Sheriff of Jefferson County, West Virginia; ROBERT E. SHIRLEY, individually and in his capacity as Sheriff of Jefferson County, West Virginia; PETER H. DOUGHERTY, individually and in his capacity as Sheriff of Jefferson County, West Virginia; JAMES B. CRAWFORD, III, individually and in his capacity as a member of the Deputy Sheriff's Civil Service Commission for Jefferson County, West Virginia; CHRISTOPHER JACKSON, individually and in his capacity as a member of the Deputy Sheriff's Civil Service Commission for Jefferson Couty, West Virginia; FRANK ROSARIO, individually and in his capacity as a member of the Deputy Sheriff's Civil Service Commission for Jefferson County, West Virginia; PATSY NOLAND, individually and in her capacity as a member of the County Commission of Jefferson County, West Virginia; DALE MANUEL, individually and in his capacity as a member of the County Commission of Jefferson County, West Virginia; WALT PELISH, individually and in his capacity as a member of the County Commission of Jefferson County, West Virginia; FRANCES MORGAN, individually and in her capacity as a member of the County Commission of Jefferson County; JANE TABB, individually and in her capacity as a member of the County Commission of Jefferson County, West Virginia; LYNN WIDMYER, individually and in her capacity as a member of the County Commission of Jefferson County, West Virginia; JOHN GRIFFITH

       Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/08/2014

Any reply brief: 14 days from service of response brief.

                                              For the Court--By Direction

                                              <u>/s/ Patricia S. Connor, Clerk</u>